UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YECHIEL GERSTLE,
*on behalf of himself and the class*,

                Plaintiff,

-v-

PALISADES COLLECTION, INC.,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2012
```

No. 11 Civ. 8933 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a Notice of Settlement, dated January 30, 2012, informing the Court that the lead plaintiff is in the process of finalizing an individual settlement with Defendant. Accordingly,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:      January 30, 2012
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE